UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP and GEORGIA-PACIFIC LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>INLAND SUPPLY CO., INC.<br><br>        Defendant. | Case No. 3:09-cv-00246-ECR-VPC<br><br>MINUTES OF THE COURT<br><br>Date: August 9, 2011 |

PRESENT:   EDWARD C. REED, JR.              U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN     Reporter:   NONE APPEARING

Counsel for Plaintiff(s)            NONE APPEARING

Counsel for Defendant(s)           NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

      Pursuant to a request by the parties in their Joint Status Report (#37) filed on August 5, 2011, the proceedings in this action are stayed until February 13, 2012.

      A status conference is set for February 13, 2012, at 10:00 a.m. before Judge Edward C. Reed, Jr.  Alternatively, the parties may file a joint written report not less than fourteen (14) days prior to the date set for hearing.  In that event, the status conference will be vacated.

      It is further ordered that the status conference set for August 23, 2011, is vacated.

                                      LANCE S. WILSON, CLERK

                                      By    /s/
                                              Deputy Clerk