**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, and GEORGIA-PACIFIC LLC, <br><br>    Plaintiffs,<br><br>vs.<br><br>INLAND SUPPLY CO., INC.,<br><br>    Defendant. | 3:09-cv-00246-ECR-VPC <br><br> **Order** |

On August 16, 2010 we granted (#34) the parties' joint Motion to Stay (#33) pending an appeal in a related case before the Eighth Circuit Court of Appeals, Case No. 09-2980. We also ordered the parties to submit a joint status report within thirty days of any order from the Court of Appeals deciding the appeal.

The Eight Circuit decided the appeal shortly thereafter on September 15, 2010. See Georgia-Pacific Consumers Prods. LP v. Myers Supply, Inc., 621 F.3d 771 (8th Cir. 2010). Thus, the Court anticipates lifting the stay within the near future and allowing the case and the pending Motion to Dismiss (#32) to proceed.

**IT IS, THEREFORE, HEREBY ORDERED** that the parties shall have twenty-one (21) days within which to file their respective memoranda of points and authorities regarding whether the stay should be lifted.

1 **IT IS FURTHER ORDERED** that the Status Conference set for August 2 13, 2012 at 10:00AM is hereby **VACATED**.

6 DATED: July 9, 2012.

_____
UNITED STATES DISTRICT JUDGE