1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                          **DISTRICT OF NEVADA**
6
7   GEORGIA-PACIFIC CONSUMER PRODUCTS    )        3:09-cv-00246-ECR-VPC
    LP, and GEORGIA-PACIFIC LLC,         )
8                                        )        **Order**
         Plaintiffs,                     )
9                                        )
    vs.                                  )
10                                       )
    INLAND SUPPLY CO., INC.,             )
11                                       )
         Defendant.                      )
12                                       )
                                         )
13  _____ )
14
15       On August 16, 2010 we granted (#34) the parties' joint Motion to
16  Stay (#33) pending an appeal in a related case before the Eighth
17  Circuit Court of Appeals, Case No. 09-2980.  We also ordered the
18  parties to submit a joint status report within thirty days of any
19  order from the Court of Appeals deciding the appeal.
20       The Eight Circuit decided the appeal shortly thereafter on
21  September 15, 2010.  See Georgia-Pacific Consumers Prods. LP v. Myers
    Supply, Inc., 621 F.3d 771 (8th Cir. 2010).  Thus, the Court
22  anticipates lifting the stay within the near future and allowing the
23  case and the pending Motion to Dismiss (#32) to proceed.
24
25       **IT IS, THEREFORE, HEREBY ORDERED** that the parties shall have
26  twenty-one (21) days within which to file their respective memoranda
27  of points and authorities regarding whether the stay should be lifted.
28

1     **IT IS FURTHER ORDERED** that the Status Conference set for August

2 13, 2012 at 10:00ᴀᴍ is hereby **VACATED**.

6 DATED: July 9, 2012.

                                               *Edward C. Reed.*

                                               UNITED STATES DISTRICT JUDGE

2