**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, and GEORGIA-PACIFIC LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>INLAND SUPPLY CO., INC.,<br><br>    Defendant. | 3:09-cv-00246-ECR-VPC<br><br>**Order** |

On August 16, 2010 we granted (#34) the parties' joint Motion to Stay (#33) pending an appeal in a related case before the Eighth Circuit Court of Appeals, Case No. 09-2980.  We also ordered the parties to submit a joint status report within thirty days of any order from the Court of Appeals deciding the appeal.

The Eight Circuit decided the appeal shortly thereafter on September 15, 2010.  See <u>Georgia-Pacific Consumers Prods. LP v. Myers Supply, Inc.</u>, 621 F.3d 771 (8th Cir. 2010).  We therefore ordered (#42) the parties to submit memoranda of points and authorities briefing the issue of whether the stay should be lifted.  On July 20, 2012, the parties filed their joint memorandum (#43) in support of maintaining the stay.  The parties submit that the stay should

1  continue while two related cases are on appeal in the Fourth and Sixth
2  Circuit Courts of Appeal.[1]

4  **IT IS, THEREFORE, HEREBY ORDERED** that the proceedings in the
5  action are stayed until February 1, 2013.

7  **IT IS FURTHER ORDERED** that the parties shall file a joint written
8  report on or before January 18, 2013 advising the Court of the outcome
9  of the two appeals enumerated above and briefing the issue of whether
10 the stay should continue.

15 DATED: August 1, 2012.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE

---

[1] Those two cases are <u>Georgia-Pacific Consumer Products, LP & Georgia-Pacific Corp. v. von Drehle Corp. & Carolina Janitorial & Maintenance Supply & Myers Supply, Incorporated</u>, No. 12-1444 (4th Cir. filed 2012) and <u>Georgia-Pacific Consumer Products LP & Georgia-Pacific LLC v. Four-U-Packaging, Inc.</u>, No. 11-4394 (6th Cir. filed 2011).