**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

```
GEORGIA-PACIFIC CONSUMER PRODUCTS  )   3:09-cv-00246-ECR-VPC
LP, and GEORGIA-PACIFIC LLC,       )
                                   )   Order
      Plaintiffs,                  )
                                   )
vs.                                )
                                   )
INLAND SUPPLY CO., INC.,           )
                                   )
      Defendant.                   )
                                   )
```

On August 16, 2010 we granted (#34) the parties' joint Motion to Stay (#33) pending an appeal in a related case before the Eighth Circuit Court of Appeals, Case No. 09-2980. We also ordered the parties to submit a joint status report within thirty days of any order from the Court of Appeals deciding the appeal.

The Eight Circuit decided the appeal shortly thereafter on September 15, 2010. See <u>Georgia-Pacific Consumers Prods. LP v. Myers Supply, Inc.</u>, 621 F.3d 771 (8th Cir. 2010). We therefore ordered (#42) the parties to submit memoranda of points and authorities briefing the issue of whether the stay should be lifted. On July 20, 2012, the parties filed their joint memorandum (#43) in support of maintaining the stay. The parties submit that the stay should

continue while two related cases are on appeal in the Fourth and Sixth Circuit Courts of Appeal.[1]

**IT IS, THEREFORE, HEREBY ORDERED** that the proceedings in the action are stayed until February 1, 2013.

**IT IS FURTHER ORDERED** that the parties shall file a joint written report on or before January 18, 2013 advising the Court of the outcome of the two appeals enumerated above and briefing the issue of whether the stay should continue.

DATED: August 1, 2012.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE

---

[1] Those two cases are <u>Georgia-Pacific Consumer Products, LP & Georgia-Pacific Corp. v. von Drehle Corp. & Carolina Janitorial & Maintenance Supply & Myers Supply, Incorporated</u>, No. 12-1444 (4th Cir. filed 2012) and <u>Georgia-Pacific Consumer Products LP & Georgia-Pacific LLC v. Four-U-Packaging, Inc.</u>, No. 11-4394 (6th Cir. filed 2011).